# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

JAMES H. MORAN AND ANOTHER, Assignees of MATTHEW
D. BOGERT, Respondents, v. CATHARINE BOGERT,
Appellant.

*Sale by assignee in bankruptcy — what constitutes a counter-claim in action to recover
purchase-price — Arbitration — when invalid.*

In this action, brought to recover the purchase-price of certain live stock sold
by the plaintiffs, as assignees in bankruptcy, the defendant set up, as a counter-
claim, a demand for services rendered by her in keeping the stock before and
after the time at which the plaintiffs acquired title thereto. *Held* (1), that so
much of the claim, as related to services rendered before the plaintiffs acquired
title, was a claim against the estate of the bankrupt, and could not be set up
as a counter-claim in this action; (2), that so much thereof as related to services
rendered after that time, could be so set up.

Defendant's account was, by agreement, left for adjustment to the register in bank-
ruptcy, who determined that $250 would be a proper allowance for her, which
sum was deducted by the referee from the purchase-price of the cattle. *Held*,
that such agreement would constitute a common-law arbitration, and would be
binding; but, that as it appeared that the arbitration was conducted in an
informal manner, without hearing the claimant, or appointing any time for
such hearing, it was irregular and not binding on the defendant, and that she
was entitled to prove her claim anew.

APPEAL from a judgment in favor of the plaintiffs, entered upon
the report of a referee.

*James A. Seaman,* for the appellant.

*Abbott Brothers,* for the respondents.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Judgment reversed, and new trial granted at circuit, unless
plaintiff stipulate to deduct $159.50 from amount of judgment;

and if such stipulation be made, then judgment affirmed as modified. No costs to either party.